| | | | |
|---|---|---|---|
| In the Interest of D.I.T.M.; Appeal of S.R.T. | 342 EDA 2016 Affirmed | 09/12/2016 | CP–51–AP–0000580–2015 CP–51–DP–0001714–2013 FID: 51–FN–003381–2013 (Philadelphia) |
| In the Interest of M.T.; Appeal of S.R. | 343 EDA 2016 Affirmed | 09/12/2016 | CP–51–AP–0000579–2015 CP–51–DP–0001713–2013 FID: 51–FN–003381–2013 (Philadelphia) |
| In the Interest of: I.Z.P. | 634 EDA 2016 Affirmed | 09/12/2016 | CP–51–DP–0001743–2011 (Philadelphia) |
| In the Interest of: A.A. | 1006 EDA 2016 Remanded Jurisdiction Retained | 09/12/2016 | No. CP–64–DP–2–2014 (Wayne) |
| Watson v. Mahally | 1813 MDA 2015 Affirmed | 09/12/2016 | 2015 IR 0031 (Bradford) |
| Com. v. Fisher | 85 MDA 2016 Quashed | 09/12/2016 | CP–06–CR–0003101–2015 (Berks) |
| Com. v. Cash | 807 WDA 2015 Affirmed | 09/12/2016 | CP–02–CR–0000844–2005 (Allegheny) |
| Com. v. Davis | 909 WDA 2015 Affirmed | 09/12/2016 | CP–11–CR–0001693–2013 (Cambria) |
| Com. v. Karash | 1318 WDA 2015 Affirmed | 09/12/2016 | CP–25–SA–0000074–2015 (Erie) |
| Com. v. Green | 1487 WDA 2015 Affirmed | 09/12/2016 | CP–02–CR–0005752–2015 CP–02–CR–0013225–2014 (Allegheny) |
| J.R.B. v. M.G.H. | 1707 WDA 2015 Affirmed and Vacated | 09/12/2016 | No. 17080–2015 (Erie) |
| Com. v. Lawrence | 1760 WDA 2015 Affirmed | 09/12/2016 | CP–02–CR–0014084–2013 (Allegheny) |
| Legnine v. Wingard [11] | 1829 WDA 2015 Affirmed | 09/12/2016 | GD 15–011132 (Allegheny) |
| Com. v. Crawford [12] | 108 WDA 2016 Vacated and Remanded | 09/12/2016 | CP–02–CR–0001906–2015 (Allegheny) |

11. Petition for reargument denied November 23, 2016.
12. Petition for reargument denied November 22, 2016.